WHITTAKER would call for a response. See Rule 58 (3). MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.

JUNE 2, 1961.

No. 1000. WILLIAMS v. MOORE, WARDEN. C. A. 5th Cir. Certiorari denied. *Thos. H. Dent* for petitioner. *Will Wilson,* Attorney General of Texas, and *Riley Eugene Fletcher* and *Leon F. Pesek,* Assistant Attorneys General, for respondent.

JUNE 5, 1961.

No. 983, Misc. STANLEY v. JOHNSTON, STATE HOSPITAL DIRECTOR. Motion for leave to file petition for writ of habeas corpus denied.

No. 1089, Misc. CARLSON v. IOWA ET AL. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.

No. 910, Misc. HILL v. BOLDT, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied.

No. 881. GOLDBLATT ET AL. v. TOWN OF HEMPSTEAD. Appeal from the Court of Appeals of New York. Probable jurisdiction noted. *Milton I. Newman* and *Edward M. Miller* for appellants. *Richard P. Charles, John A. Morhous* and *William C. Mattison* for appellee.